387 A.2d 109

Commonwealth v. Myers, Appellant.

 Argued December 8, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.